**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Ms. Farrias-Rodriguez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                            )<br>              Plaintiff,              )<br>                                            )<br>v.                                        )<br>                                            )<br>**CESAR FARRIAS-RODRIGUEZ**, )<br>                                            )<br>              Defendant.          )<br>_____) | Case No. 08mj0188<br><br>**NOTICE OF APPEARANCE** |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                                                                     Respectfully submitted,

Dated: January 24, 2008                            *s/ Bridget Kennedy*
                                                                                           Federal Defenders of San Diego, Inc.
                                                                                           *bridget_kennedy@fd.org*