**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Farrias-Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**CESAR FARRIAS-RODRIGUEZ**,  )<br>  )<br>            Defendant.  )<br>_____ ) | Case No. 08mj0188<br><br>PROOF OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

   **Assistant United States Attorney**
   efile.dkt.gc1@usdoj.gov

Dated: January 24, 2008                    *s/ Bridget L. Kennedy*
                                           **BRIDGET L. KENNEDY**
                                           Federal Defenders
                                           225 Broadway, Suite 900
                                           San Diego, CA 92101-5030
                                           (619) 234-8467  (tel)
                                           (619) 687-2666  (fax)
                                           e-mail:bridget_kennedy@fd.org